**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

CASE No. **3:25-cv-00641-WWB-PDB**

**BENJAMIN ATKINS,**
*individually and on behalf*
*of all others similarly situated,*

Plaintiff,
vs.

**IDEAL CONCEPTS, INC. D/B/A**
**INSUREME,**
Defendant(s).
_______________________________________/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Benjamin Atkins, by and through undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby files this Notice of Voluntary Dismissal *without* Prejudice in the above styled action. Defendant Ideal Concepts Inc, has not filed an answer or motion for summary judgment.

DATED: July 23, 2025

Respectfully Submitted,

/s/ Faaris K. Uddin .

**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470
E-mail: faaris@jibraellaw.com
The Law Offices of Jibrael S. Hindi
1515 NE 26th Street,
Wilton Manor, FL 33305
Phone: 954-826-5019

*COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

Respectfully Submitted,

/s/ Faaris K. Uddin .

**FAARIS K. UDDIN, ESQ.**
Florida Bar No.: 1054470
E-mail: faaris@jibraellaw.com