**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

BENJAMIN ATKINS,

Plaintiff,

v. Case No.: 3:25-cv-641-WWB-PDB

IDEAL CONCEPTS, INC.,

Defendant.
_________________________________/

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Notice of Voluntary Dismissal without Prejudice (Doc. 9), wherein Plaintiff dismisses without prejudice all claims against Defendant. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Clerk of Court is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** at Jacksonville, Florida on July 30, 2025.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record